BOONE v. VINSON

No. 555P97

Case below: 127 N.C.App. 604

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

BRIGGS v. RANKIN

No. 536PA97

Case below: 127 N.C.App. 477

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 February 1998.

BRITT v. N.C. SHERIFFS' EDUC. AND
TRAINING STANDARDS COMM.

No. 600PA97

Case below: 128 N.C.App. 81

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 February 1998.

BROWN v. PARKER

No. 5P98

Case below: 127 N.C.App. 560

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 February 1998.

BRUTON v. N.C. FARM BUREAU MUT. INS. CO.

No. 530P97

Case below: 127 N.C.App. 496

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.